IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _RY_ D.C.

05 JUN -7 AM 10: 14

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| ANDREA COOK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 03-2852-D |
| THE CITY OF TRIMBLE, TENNESSEE, | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND DEADLINES FOR DISCOVERY

Before the Court is the joint motion to continue the July 18, 2005 trial date and to extend the discovery deadlines. For good cause shown, the Court finds that the motion is well-taken. Accordingly, the Court **GRANTS** the motion.

The discovery deadline is extended to September 30, 2005. All dispositive motions shall be filed by October 31, 2005. The trial is rescheduled to begin February 20, 2006. A proposed joint pre-trial order shall be filed by January 13, 2006. The pre-trial conference is rescheduled to January 27, 2006 @ 8:45 a.m.

**IT IS SO ORDERED** this 6th day of June, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-10-05

50

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:03-CV-02852 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable Bernice Donald
US DISTRICT COURT