IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-2852-D |
| | ) | |
| THE CITY OF TRIMBLE, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Before the Court is the motion of Plaintiff for voluntary dismissal without prejudice. Plaintiff seeks the dismissal in the event the Court denies the joint motion to continue the trial date. The Court has granted the joint motion. Accordingly, the Court **DENIES** as moot Plaintiff's motion for voluntary dismissal.

**IT IS SO ORDERED** this ____6th____ day of June, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-10-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:03-CV-02852 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable Bernice Donald
US DISTRICT COURT