FILED BY ___ D.C.

05 OCT -5 PM 2: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ANDREA COOK, As Administratrix of the Estate of Stanley Franklin Cook, Deceased,  <br><br>  Plaintiff,  <br><br>  v.  <br><br>  THE CITY OF TRIMBLE, et al.,  <br><br>  Defendants. | NO.: 03-2852 D/A |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

Before the Court is Plaintiff's Motion to Compel Discovery from Defendants City of Trimble and Jimmy Ring filed on August 30, 2005. In that Defendants have responded to the Plaintiff's requests for answers to interrogatories and for production of documents, Plaintiff's motion is **DENIED** as moot.

IT IS SO ORDERED.

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 05, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10/05/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:03-CV-02852 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable Bernice Donald
US DISTRICT COURT