IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 11 PM 3: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ANDREA COOK, Individually; as Administratrix of the Estate of Stanley Franklin Cook, Deceased; and as the Natural Parent and Next-of-Kin of ANNA COOK, a Minor, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 03-2852-D-An<br>Jury Trial Demanded |
| THE CITY OF TRIMBLE; JIMMY RING, Individually and in his Official Capacity as Chief of Police of the City of Trimble and ROBERT HORNER, Individually and in his Official Capacity as an Officer of the City of Trimble Police Department, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER TO INCREASE PAGE LIMITATION FOR PARTIES' MEMORANDA IN SUPPORT OF MOTIONS/RESPONSES FOR SUMMARY JUDGMENT

Pursuant to L.R. 7.2(e) the Defendants have moved this Court for an Order to allow them to exceed the twenty page limitation for their memoranda in support of their respective motions for summary judgment. Based upon the motion and accompanying memorandum, and for good cause shown, the Defendants, as well as the Plaintiff, are allowed to exceed the twenty page limitation when filing their respective memoranda in support of their motions and/or responses to motions for summary judgment.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 10-12-05



IT IS HEREBY ORDERED AND ADJUDGED.

Enter this ____8th____ day of ____October____, 2005.

_____
U.S. DISTRICT JUDGE ~~OR MAGISTRATE~~

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served by mail, postage prepaid, upon the following counsel:

Mr. John W. Chandler, Jr.
Attorney at Law
424 Georgia Avenue
Chattanooga, TN 37403

Mr. John D. Burleson
Mr. Dale Conder
RAINEY, KIZER, REVIERE & BELL, PLC
105 S. Highland Avenue
P.O. Box 1147
Jackson, TN 38302-1147

This the 27th day of September, 2005.

FLIPPIN, COLLINS & HILL, PLLC

By: _____
MICHAEL R. HILL

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:03-CV-02852 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Honorable Bernice Donald
US DISTRICT COURT