IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ANDREA COOK, Individually; as Administratrix of the Estate of Stanley Franklin Cook, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 03-2852-D-An<br>Jury Trial Demanded |
| THE CITY OF TRIMBLE; JIMMY RING, Individually and in his Official Capacity as Chief of Police of the City of Trimble, and ROBERT HORNER, Individually and in his Official Capacity as an Officer of the City of Trimble Police Department, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ~~PROPOSED~~ ORDER GRANTING JOINT MOTION TO EXTEND PREVIOUSLY SET DEADLINES FOR DISPOSITIVE MOTIONS, EXPERT DISCLOSURE & RESPONSES TO DISPOSITIVE MOTIONS

The Parties have moved this Court for an Order to amend the scheduling order so as to extend the deadline for the filing of dispositive motions from October 31, 2005, to November 20, 2005, and to extend the deadline for the Plaintiff to respond to the Defendants' motions to December 20, 2005, as well as, to extend the Plaintiff's deadline for expert disclosure to December 20th, 2005, and for Defendants' expert disclosures to December 30, 2005.

Based upon the motion, the accompanying memorandum, the fact that the granting of the motion will not affect the trial date, and for good cause shown, the Scheduling Order heretofore

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __11-2-05__



entered in this case is amended so that the deadline for the filing of dispositive motions is extended to November 20, 2005, Plaintiff will have until December 20, 2005, to respond to the motions, Plaintiff's expert disclosures deadline is December 20th, 2005, and Defendants' expert disclosure deadline is now December 30, 2005.

IT IS HEREBY ORDERED and ADJUDGED.

Enter this the __2nd__ day of __November__, 2005.

_S. Thomas Anderson USMJ_
U. S. DISTRICT JUDGE OR MAGISTRATE

Case 2:03-cv-02852-BBD-STA   Document 91   Filed 11/02/05   Page 3 of 3   PageID 72

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:03-CV-02852 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable Bernice Donald
US DISTRICT COURT