IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA COOK, Individually; as Administratrix of the Estate of Stanley Franklin Cook, Deceased; and as the Natural Parent and Next-of-Kin of ANNA COOK, a Minor, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 03-2852-D-An Jury Trial Demanded |
| THE CITY OF TRIMBLE; JIMMY RING, Individually and in his Official Capacity as Chief of Police of the City of Trimble and ROBERT HORNER, Individually and in his Official Capacity as an Officer of the City of Trimble Police Department, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER GRANTING DEFENDANTS', CITY OF TRIMBLE, JIMMY RING, AND ROBERT HORNER, IN HIS INDIVIDUAL CAPACITY, MOTION TO SUPPLEMENT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Defendants City of Trimble, Jimmy Ring, and Robert Horner, in his official capacity, have moved this Court for an Order to allow them to Supplement their Memorandum in Support of Motion to Dismiss and/or Motion for Summary Judgment. Based upon the motion and accompanying memorandum, and for good cause shown, these Defendants are allowed to file the Supplement by November 20, 2005.





IT IS HEREBY ORDERED and ADJUDGED.

Enter this the __14__ day of __November__, 2005.

*[signature]*

U.S. ~~MAGISTRATE~~ OR JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served by mail, postage prepaid, upon the following counsel:

Mr. John W. Chandler, Jr.
Attorney at Law
424 Georgia Avenue
Chattanooga, TN 37403

Mr. John D. Burleson
Mr. Dale Conder
RAINEY, KIZER, REVIERE & BELL, PLC
105 S. Highland Avenue
P.O. Box 1147
Jackson, TN 38302-1147

This the 9th day of November, 2005.

FLIPPIN, COLLINS & HILL, PLLC

By: _____
MICHAEL HILL

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:03-CV-02852 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable Bernice Donald
US DISTRICT COURT