01129/57136-MDC

FILED BY _____ D.C.

05 DEC 29 PM 4: 32



THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **ANDREA COOK, as Administratrix of** the Estate of Stanley Franklin Cook, Deceased; | |
| Plaintiff, | |
| vs. | Case No. 03-2852-DA<br>JURY TRIAL DEMANDED |
| **CITY OF TRIMBLE, TENNESSEE;** **JIMMY RING,** Individually and in his Official Capacity as Chief of Police of The City of Trimble; and **ROBERT HORNER,** Individually and in his Official Capacity as an Officer of The City of Trimble Police Department, | |
| Defendants. | |

## ORDER GRANTING CONTINUANCE

This matter came before the Court pursuant to the parties joint motion for a continuance, extension of deadlines for responding to summary judgment, and extension of expert disclosure deadlines. The Court finds the motion is well taken and should be granted,

IT IS, THEREFORE ORDERED this matter is continued from its current trial setting of February 20, 2006, and is to be reset for ___October 16___, 2006, with Plaintiff's expert disclosures due ninety (90) days before trial, and Defendants' expert

Document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

102

01129/57136-MDC

disclosures due sixty (60) days before trial. Plaintiff's list of witnesses and exhibits are to be filed thirty (30) days before trial, and Defendants' are to be filed twenty (20) days before trial with each party having ten (10) days from the filing of the list of witnesses and exhibits to object to the opposing parties' list of witnesses and exhibits.

Furthermore, Plaintiff is hereby granted an extension of time up to and including January 6, 2006, in which to respond to Defendants' motions for summary judgment.

This the 28 day of December, 2005.

HONORABLE BERNICE B. DONALD

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:03-CV-02852 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
1066 South Main Street
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

John D. Burleson
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38301

Honorable Bernice Donald
US DISTRICT COURT